# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## PINE BLUFF DIVISION

EDWARD LOVELESS
ADC #130502                                                                                      PLAINTIFF

V.                                        5:08CV00063 JLH/JTR

LANETTE BRITT-WOLFE,
Mail Clerk, Delta Regional Unit, et al.                                              DEFENDANTS

## ORDER

The Court has reviewed the Proposed Findings and Recommended Disposition submitted by United States Magistrate Judge J. Thomas Ray and the filed objections. After carefully considering these documents and making a *de novo* review of the record in this case, the Court concludes that the Proposed Findings and Recommended Disposition should be, and hereby are, approved and adopted in their entirety as this Court's findings in all respects.

IT IS THEREFORE ORDERED that:

1.     Defendants' Motion to Dismiss (docket entry #11) is GRANTED, and this case is DISMISSED, WITHOUT PREJUDICE, due to Plaintiff's failure to exhaust his administrative remedies.

2.     The Court CERTIFIES, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from this Order and the accompanying Judgment would not be taken in good faith.

Dated this 19th day of May, 2008.

_____
UNITED STATES DISTRICT JUDGE