**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION**

EDWARD LOVELESS
ADC #130502                                                                                    PLAINTIFF

v.                                           5:08CV00063 JLH/JTR

LANETTE BRITT-WOLFE,
Mail Clerk, Delta Regional Unit, et al.                                        DEFENDANTS

## ORDER

        The Court has reviewed the Proposed Findings and Recommended Disposition submitted by

United States Magistrate Judge J. Thomas Ray and the filed objections.  After carefully considering

these documents and making a *de novo* review of the record in this case, the Court concludes that

the Proposed Findings and Recommended Disposition should be, and hereby are, approved and

adopted in their entirety as this Court's findings in all respects.

        IT IS THEREFORE ORDERED that:

        1.        Plaintiff's Motion for Reconsideration (docket entry #33) is DENIED.

        2.        The Court CERTIFIES, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis*

appeal from this Order would not be taken in good faith.

        Dated this 22nd day of August, 2008.

_____
UNITED STATES DISTRICT JUDGE